# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DELTA ASPHALT OF ARKANSAS, INC.                                              PLAINTIFF

v.                                        No. 3:06CV00211 JLH

LOWE'S HOME CENTERS, INC.; and
M. HANNA CONSTRUCTION CO., INC.                                              DEFENDANTS

## **ORDER**

     J.V. Phelps of the law firm of Womack, Landis, Phelps, McNeill & McDaniel, P.A., counsel for the defendants, has filed a motion for admission *pro hac vice* of James W. Litzler. Document #11. The motion is GRANTED. Mr. Litzler is admitted to the bar of this Court for the limited purpose of representing defendants in this action.

     IT IS SO ORDERED this 6th day of December, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE