IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DELTA ASPHALT OF ARKANSAS, INC.                                                PLAINTIFF

v.                               No. 3:06CV00211 JLH

LOWE'S HOME CENTERS, INC.; and
M. HANNA CONSTRUCTION CO., INC.                                                DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of April, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE